# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MICHAEL W. HUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>BEN BOULEY,<br><br>Defendant. | CV 21-82-H-SEH<br><br>**ORDER** |

Plaintiff Michael W. Hunter, a state prisoner proceeding without counsel filed a Motion to Proceed in Forma Pauperis and a proposed Complaint.[1] On November 2, 2021, the Court denied Hunter's Motion to Proceed in Forma Pauperis under 28 U.S.C. § 1915(g).[2]

Hunter was directed to pay the filing fee by November 19, 2021 and that was failure to do so would result in dismissal.[3] No filing fee has been received.

---

[1] See Docs. 1 & 2.
[2] See Doc. 4.
[3] Doc. 4 at 3.

ORDERED:

1. Hunter's proposed Complaint[4] is DISMISSED.

2. The Clerk of Court is directed to close this matter and enter judgment under Fed. R. Civ. P. 58.

3. The Clerk of Court is directed to have the docket reflect that the Court certifies under Fed. R. App. P. Rule 24(a)(3)(A) that any appeal of this decision would not be taken in good faith.

DATED this 29th day of November, 2021.

*Sam E. Haddon*
Sam E. Haddon
United States District Judge

---

[4] Doc. 2.